EXHIBIT B

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| ELLEN PITTMAN<br>2409 Southern Avenue, Apt 303<br>Temple Hills, MD 20748 | : | |
| Plaintiff, | : | |
| v. | : | Case No.:2022 CA 002982 V |
| WASHINGTON METRO AREA<br>TRANSIT AUTHORITY ("WMATA")<br>600 5th Street, NW<br>Washington, DC 20001 | : | |
| Defendant. | : | |

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, Ellen Pittman, by and through counsel, Christian, Ashin & Brown, P.C., and the undersigned, and hereby files the instant negligence action for civil damages against the Defendant, Washington Metropolitan Area Transit Authority (*hereinafter "Defendant"*), and, in support thereof, states as follows:

1.     That Jurisdiction is vested in this Court and venue is proper, as Defendant's tortious activity occurred within the District of Columbia and the amount in controversy is *Twenty Five Thousand Dollars ($25,000.00).*

2.     That on or about, October 2, 2021, the Plaintiff, Ellen Pittman, hereinafter "*Plaintiff*," was in the process of boarding Defendant's public transit bus at the Alabama Avenue bus stop, at or near the intersection of Alabama

Avenue and Naylor Road, SE, when, without warning, Defendant's driver prematurely, negligently and carelessly activated the vehicle's lift feature, causing the Plaintiff to lose her balance and sustain the injuries sustained herein.

3.      That as a direct result of the Defendant driver's negligence, Plaintiff's face and nose struck the plexiglass divider in front of her, injured her right leg, and suffered sprains/strains in her thoracic, lumbar and cervical spine.

4.      That while embarking on the subject WMATA public transit vehicle, and all times pertinent hereto, Plaintiff acted as a reasonable and prudent 76 year-old.

5.      That as a result of the subject negligence, the Plaintiff sustained severe and painful injuries to her head, neck and back, was caused to undergo significant medical treatment, lost time from gainful employ and incurred additional economic damages,

6.      That the Defendant's bus driver was negligent in the operation of the aforementioned motor vehicle and that such negligence was the direct, sole and proximate cause of the injuries Plaintiff sustained. To wit: the Defendant's Driver failed to observe safety standards, failed to pay full time and attention, failed to maintain control of said vehicle and otherwise failed to operate said

CHRISTIAN, ASHIN
& BROWN, P.C.
7523 BALTIMORE AVENUE
SUITE 205
LESS PARK, MARYLAND 20740
(301) 779-9191

EXHIBIT B

vehicle in a reasonable and non-negligent manner so as to avoid injury to its patrons.

7.      That at all times pertinent hereto, the unidentified WMATA bus driver was an employee and/or agent of the Defendant, acting within the scope of said employment.

8.      That Defendant, WMATA, is vicariously liable for the acts and/or omissions of its employees, servants and/or agents which occur within the scope of said employment.

9.      Moreover, the Defendant, WMATA, is liable for the damages Plaintiff sustained under the legal doctrine of *Respondeat Superior*.

10.     That as the direct, sole and proximate result of Defendant's negligence, the Plaintiff sustained serious and painful injuries, lost time from gainful employ and sustained additional non-economic damages, all to the damage of the Plaintiff, Ellen Pittman, *in the sum of Twenty Five Thousand Dollars ($25,000.00).*

WHEREFORE, the Plaintiff, Ellen Pittman, prays this Honorable Court enter judgment against the Defendant, WASHINGTON METRO AREA TRANSIT AUTHORITY, in the sum of Twenty-Five Thousand Dollars ($25,000.00) plus costs and interest.

CHRISTIAN, ARMIN-
& BROWN, P.C.
7305 BALTIMORE AVENUE
SUITE 305
COLLEGE PARK, MARYLAND 20740
(301) 399-9791

Respectfully Submitted By:

CHRISTIAN, ASHIN & BROWN, P.C.

Jason B. DeNardo, Esq. #1030067
7305 Baltimore Ave., Suite 305
College Park, MD 20740
(301) 277-9171
Attorney for Plaintiff

CHRISTIAN, ASHIN
& BROWN, P.C.
7305 BALTIMORE AVENUE
SUITE 305
LLEGE PARK, MARYLAND 20740
(301) 277-9171